1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO BARBOA, | ) Case No. CV 09-4334 MMM(JC) |
| Petitioner, | ) (PROPOSED) |
| v. | ) JUDGMENT |
| VICTOR ALMAGER, | ) |
| Respondent. | ) |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 21, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE